UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  KATHY A. DUFFY

Case No.: 20-13926
Chapter: 7
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

_____John W. Sywilok_____, _____Chapter 7_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on _____June 2, 2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's interest in real property known as 39 Woodland Drive, Vernon, NJ 07462.<br>Market Value is $205,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Select Portfolio Servicing, Inc. on which there is due approximately $159,000.00 and costs of sale. |
|---|---|

| Amount of equity claimed as exempt: | $24,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    John W. Sywilok, Chapter 7 Trustee    /s/John W. Sywilok
Address:    51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Kathy A Duffy
    Debtor

Case No. 20-13926-SLM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Apr 20, 2020
                           Form ID: pdf905      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
```
db              +Kathy A Duffy,    39 Woodland Drive,    Vernon, NJ 07462-3510
518752462       +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
518752465       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
518752471       +Midland Credit Management,    Attn: Bankruptcy,    350 Camino De La Reine Ste 100,
                  San Diego, CA 92108-3007
518752472       +Midland Fund,    Attn: Bankruptcy,    350 Camino De La Reine Ste 100,    San Diego, CA 92108-3007
518752474        Pressler Felt Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518752478       +TD Bank USA,    c/o Lyons Dougherty Veldhuis Esq.,    136 Gaither Drive,    Suite 100,
                  Mount Laurel, NJ 08054-1725
518752477       +Target,    c/o Financial & Retail Srvs,    Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
518752479       +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                  Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2020 00:03:50      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2020 00:03:47      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 00:13:10
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518752463       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 21 2020 00:13:24      Capital One Bank USA,
                  PO Box 30281,    Salt Lake City, UT 84130-0281
518752464        E-mail/PDF: creditonebknotifications@resurgent.com Apr 21 2020 00:13:29
                  Credit One Bank N.A.,    P.O. Box 98873,    Las Vegas, NV 89193-8873
518752466       +E-mail/Text: mrdiscen@discover.com Apr 21 2020 00:02:48      Discover Financial,
                  Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
518752467       +E-mail/Text: bncnotices@becket-lee.com Apr 21 2020 00:02:56      Kohls/Capital One,
                  Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518752468       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 21 2020 00:12:48
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
518752469       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 21 2020 00:13:58
                  Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518752470       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 21 2020 00:03:46      Midland Credit Management,
                  PO BOX 60578,    Los Angeles, CA 90060-0578
518752473       +E-mail/PDF: pa_dc_claims@navient.com Apr 21 2020 00:14:24      Naviet,    Attn: Claims Dept,
                  Po Box 9500,    Wilkes-Barr, PA 18773-9500
518752475        E-mail/Text: jennifer.chacon@spservicing.com Apr 21 2020 00:04:31
                  Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518752476        E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 00:12:27      Synchrony Bank,    P.O. Box 105972,
                  Atlanta, GA 30348-5972
518752767       +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 00:12:28      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2            User: admin              Page 2 of 2               Date Rcvd: Apr 20, 2020
                                Form ID: pdf905          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2020 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
behalf of the holders of Terwin Mortgage Trust 2006-17HE Asset-Backed Certificates, Series
2006-17HE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          James C. Zimmermann    on behalf of Debtor Kathy A Duffy jim@jzlawyer.com, office@jzlawyer.com
          John  Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                      TOTAL: 4